Jill F. Kopeikin (State Bar No. 160792)
Valerie M. Wagner (State Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Tel: (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiff
ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,**<br><br>      *Plaintiff,*<br><br>APPLE INC.,<br><br>      *Defendant.* | Case No. 3:15-cv-00541-EDL<br><br>**LEIGH M. ROTHSCHILD'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO STAY PENDING** *INTER PARTES* **REVIEW** |

I, Leigh M. Rothschild, declare as follows:

1. My name is Leigh M. Rothschild. I am over eighteen years of age and am competent to testify about the matters in this Declaration. Except where stated, I have personal knowledge of all matters set forth herein.

2. I am the Managing Director of Rothschild Storage Retrieval Innovations, LLC. This Declaration is submitted in support of Plaintiff's Response in Opposition to Defendant Apple Inc.'s Motion to Stay Pending *Inter Partes* Review.

3. I filed my first patent application more than 30 years ago, and have since been issued more than 75 patents, including multiple patents related to mobile imaging technologies.

4. I individually developed U.S. Patent No. 8,437,797 (the "'797 patent") without the aid of internal staff, employees, and outside funding. I personally funded the research and development of the '797 patent.

5. I have personally invested over seven years of my time and money in the prosecution, licensing, and/or litigation of the '797 patent.

6. My patents are my single most important asset to all the businesses I own. Royalties from patents and licensing of my technology is the main financial means by which I expect to provide for my family.

I declare under penalty of perjury that the foregoing is true and correct this 2nd day of April, 2015, in Bay Harbor Islands, Florida.

/s/ *Leigh M. Rothschild*
Leigh M. Rothschild