UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONY MOBILE COMMUNICATIONS (U.S.A), INC.,<br><br>　　　　Defendant. | Case No. 15-cv-00234-EDL<br>Case No. 15-cv-00373-EDL<br>Case No. 15-cv-00539-EDL<br>Case No. 15-cv-00541-EDL<br><br>**ORDER CONTINUING STAY AND REQUIRING FURTHER STATUS UPDATE** |
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HTC CORP., et al.,<br><br>　　　　Defendants. | |
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.<br><br>　　　　Defendants. | |
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.<br>　　　　Defendant. | |

On May 6, 2015, this Court granted Defendants' motions to stay these four related cases pending the PTAB's decision on whether to institute inter partes review of the patent at issue. The Court ordered the parties to provide a written update on the status of the proceedings before the PTAB within one week of its decision on whether to institute IPR of the '797 Patent. The parties have informed the Court that on July 13, 2015 the PTAB instituted an inter partes review of all claims of the patent at issue. These cases shall remain stayed and the parties are to provide the Court with a written update on the status of the proceedings before the PTAB within one week of a final written decision, or by July 20, 2016, whichever is earlier.

**IT IS SO ORDERED.**

Dated: July 22, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge