United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-00541-EDL<br><br>**ORDER REGARDING JOINT STATUS REPORT**<br><br>Re: Dkt. No. 84 |

The Court is in receipt of the parties' Joint Status Report in which they informed the Court that the PTAB has ordered final termination of the *inter partes* review of the '797 Patent. In light of this development, the stay of this case is partially lifted to allow Apple to re-file its Motion for Judgment on the Pleadings that was pending at the time the stay was entered. Apple shall re-file its motion within two weeks of the date of this Order, and the briefing and hearing schedule on the motion shall comply with Local Rules. The stay of this case otherwise remains in place pending the Court's ruling on the forthcoming Motion for Judgment on the Pleadings.

**IT IS SO ORDERED.**

Dated: November 23, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge